## G. H. HORN v. STATE.
### No. 14804.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

J. E. Warren, of Fort Worth, and C. P. Rogers, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

We find filed with this record an affidavit made by appellant in due form requesting permission to withdraw his appeal. The request is granted; the appeal is dismissed.

## Blind COLEMAN v. STATE (three cases).
### Nos. 14586, 14588, 14589.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

A. R. Stout, of Ennis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

There is on file in the office of the clerk of this court appellant's affidavit requesting that his appeal in this case be dismissed. The request is granted; the appeal is dismissed.

## COLEMAN v. STATE.
### No. 14587.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

A. R. Stout, of Ennis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor; punishment having been assessed at one year in the penitentiary.

The record is before this court without a statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.